IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARK J. BELTON                          *

    Plaintiff,                          *

    v.                                  *

CHARLES COUNTY BOARD OF                 *       Civil Action No. 8:25-cv-04085-PX
COMMISSIONERS,
a/k/a County Commissioners for Charles  *
County, Maryland,
        et al.,                     *

        Defendants.                 *

  *    *    *    *    *    *    *    *    *    *    *    *

## PLAINTIFF BELTON'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF COUNT ONE (ONLY) OF PLAINTIFF'S CIVIL COMPLAINT FOR RELIEF
### (ACTION REMAINS PENDING)

Plaintiff Mark Belton, by and through undersigned counsel, pursuant to FRCP 41(a)(1)(A)(i), states the following Notice:

1.      No Defendant in the above-captioned action has filed an answer or a motion for summary judgment.

2.      Accordingly, Plaintiff Belton hereby dismisses without prejudice Count One (Breach of Contract) of Plaintiff's Civil Complaint For Relief; And Jury Trial Demand ("Complaint").  *See* ECF No. 1, at 20-22.

3.      This dismissal-without-prejudice Notice addresses only Complaint Count One and does not affect the other causes of action stated in Plaintiff's Complaint, or this civil action as a whole, all of which remain pending.

Respectfully submitted,

**MALLON LLC,**


            /s/ Marshall N. Perkins
Joseph T. Mallon, Jr. (Fed. Bar No. 22878)
Marshall N. Perkins (Fed. Bar No. 25514)
Suite 815
300 E. Lombard Street
Baltimore, Maryland  21202
(410) 727-7887
Fax:  (410) 727-4770
jmallon@mallonllc.com
mperkins@mallonllc.com

*Counsel for Plaintiff Mark Belton*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2026, the foregoing Notice Of Dismissal Without Prejudice – Count One ("Notice") was served via the Court's electronic filing system (CM/ECF) to any CM/ECF-registered counsel/parties.  On the same date, the Notice was also served both electronically (email) and via postage prepaid, first-class U.S. mail to counsel for each of the Defendants:


William Dickerson, Esq.
7225 Parkway Drive
Hanover, Maryland  21076
wdickerson@lgit.org

*Counsel for Defendant Ralph E. Patterson, II*


Kevin B. Karpinski, Esq.
120 East Baltimore Street
Suite 1850
Baltimore, Maryland  21202-1617
kevin@bkcklaw.com

Raymond R. Mulera, Esq.
7225 Parkway Drive
Hanover, Maryland
rmulera@lgit.org

*Counsel for Defendants Gilbert O. Bowling, III & Amanda M. Stewart*


Matthew J. McCloskey, Esq.
250 W. Pratt Street
Suite 1900
Baltimore, Maryland  21201
mmccloskey@semmes.com

2

*Counsel for Defendant Charles County Board of Commissioners & Charles County, Maryland*

*Counsel for Defendant Reuben Collins*

Shelley Johnson, Esq.
120 East Baltimore Street
Suite 1850
Baltimore, Maryland  21202-1617
sjohnson@bkcklaw.com

*Counsel for Defendant Thomasina Coates*

　　　　　　　　　　*/s/ Marshall N. Perkins*
　　　　　　　　　　Marshall N. Perkins