**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Mark J. Belton, | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No.: 8:25-cv-04085-PX |
| Charles County Board of Commissioners., *et al.* | * | |
| Defendants. | * | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**ENTRY OF APPEARANCE**

Dear Mr./Ms. Clerk:

Kindly enter the appearance of KEVIN KARPINSKI and KARPINSKI, CORNBROOKS

& KARP, P.A., as counsel for Defendant Charles County, Maryland.

Respectfully submitted,

/s/ Kevin Karpinski
Kevin Karpinski, #11849
AIS #9312150114
120 East Baltimore Street, Suite 1850
Baltimore, Maryland, 21202–1617
Telephone: 410–727–5000
Facsimile: 410-727-0861
Kevin@bkcklaw.com
*Counsel for Defendant*
*Charles County, Maryland*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March 2026, a copy of the foregoing was filed and served via the Court's electronic filing system with notice to all parties of record.

*/s/ Kevin Karpinski*
*Counsel for Defendant*
*Charles County, Maryland*

4917-9694-5564, v. 2