# KARPINSKI, CORNBROOKS & KARP, P.A.

**ATTORNEYS AT LAW**
**120 East Baltimore Street, Suite 1850**
**Baltimore, Maryland 21202-1617**

**KEVIN B. KARPINSKI***
**E. I. CORNBROOKS, IV**

**SHELLEY L. JOHNSON**
**OF COUNSEL**
_____

**JOHN "JACK" KARPINSKI**
**BENTLY C. GREEN, JR.**
**ALAN SHAPIRO****

\* Admitted in MD and DC
\*\* Admitted in MD, DC and GA

_____

**Telephone 410-727-5000**
**Facsimile 410-727-0861**
**Email: kevin@bkcklaw.com**
**Website: www.kcklegal.com**

**ROCKVILLE ADDRESS:**
**200 B MONROE STREET**
**ROCKVILLE, MARYLAND 20850**

_____

**DANIEL KARP**
**RICHARD T. COLARESI**
**MICHAEL B. RYND**
**RETIRED**

March 30, 2026

**<u>VIA PACER ECF SYSTEM</u>**
The Honorable Paula Xinis, Judge
6500 Cherrywood Lane
Suite 255
Greenbelt, MD 20770

  Re*: Belton v. Charles County Board of Commissioners et al*
    CASE #: 8:25-cv-04085-PX

Dear Judge Xinis:

  I represent Defendant Charles County, Maryland, in the above-referenced matter. I write to advise the Court that this case has been settled. I respectfully request that the Court issue a Local Rule 111 Settlement Order.

  Thank you for Your Honor's time and consideration.

      Sincerely,

      KARPINSKI, CORNBROOKS & KARP, P.A.

      /s/

      By: Kevin Karpinski

cc: All Counsel of Record

4914-3269-7756, v. 1